UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DAQUAN SEYMOUR and
RASHAWN WALKER,

Defendants.

**SEALED INDICTMENT**

23 Cr.

23 CRIM 373

## COUNT ONE
### (Conspiracy to Deprive Civil Rights)

The Grand Jury charges:

Background

1.      At all times relevant to this Indictment, the Horizon Juvenile Center ("Horizon"),
located in the Bronx, New York, was a secure detention center for juveniles, operated by the New
York City Administration for Children's Services ("ACS").

2.      At all times relevant to this Indictment, the Minor Victim was a pre-trial juvenile
resident at Horizon.  The Minor Victim was sixteen years old.

3.      At all times relevant to this Indictment, DAQUAN SEYMOUR and RASHAWN
WALKER, the defendants, were employed by ACS as supervisors at Horizon and held the title of
Associate Youth Development Specialist.  Associate Youth Development Specialists at Horizon
are responsible for, among other things, supervising other staff members and ensuring the safety
of all juvenile residents.  SEYMOUR was hired by ACS in May 2019, and promoted to the position
of Associate Youth Development Specialist in December 2019.  WALKER was hired by ACS in
July 2018, and promoted to the position of Associate Youth Development Specialist in March
2021.

1

<u>The April 25, 2022 Beating of the Minor Victim</u>

4.      On or about April 25, 2022, DAQUAN SEYMOUR and RASHAWN WALKER, the defendants, assaulted the Minor Victim at Horizon following a confrontation between several staff members and juvenile residents at Horizon, including the Minor Victim.  Specifically, SEYMOUR and WALKER dragged the Minor Victim by his forearms across the floor of a residential hall at Horizon and into a private room (the "Room").  Once inside the Room, SEYMOUR and WALKER repeatedly and forcefully punched the Minor Victim in the face and torso area, as the Minor Victim lay on the floor.  SEYMOUR and WALKER took steps to restrain the Minor Victim, including by pinning down the Minor Victim's hands during the beating. SEYMOUR and WALKER further taunted and directed profanities at the Minor Victim.  After repeatedly striking the Minor Victim, WALKER delivered a final and forceful stomp with his right foot to the Minor Victim's stomach and groin area.  WALKER and SEYMOUR then exited the Room, leaving the Minor Victim laying on the floor in pain.  As a result of the assault, the Minor Victim suffered bodily injuries, including a deep laceration to his upper lip area, which required the Minor Victim to be transported to a nearby hospital where he received nine stiches to his upper lip area.

<u>SEYMOUR and WALKER Conceal the Beating</u>

5.      Following the beating of the Minor Victim, DAQUAN SEYMOUR and RASHAWN WALKER, the defendants, attempted to cover up their use of excessive force against the Minor Victim.  In particular, SEYMOUR and WALKER prepared Horizon incident reports that described the confrontation between Horizon residents and staff members that immediately preceded the beating but omitted any reference to their dragging or striking the Minor Victim. Specifically, SEYMOUR detailed in his incident report that, after the initial altercation between

staff members and juvenile residents, the Minor Victim was "escorted back to his assigned room," even though the surveillance video at Horizon captured SEYMOUR and WALKER dragging the Minor Victim across the floor and then repeatedly punching the Minor Victim in the Room. Similarly, WALKER described in his incident report that, after the initial confrontation, the Minor Victim was "escorted to his room an[d] counseled by the staff," even though surveillance video at Horizon did not reflect any attempt to counsel, or speak with, the Minor Victim and instead depicted SEYMOUR and WALKER dragging and assaulting the Minor Victim as detailed above.

## STATUTORY ALLEGATIONS

6.     On or about April 25, 2022, in the Southern District of New York and elsewhere, DAQUAN SEYMOUR and RASHAWN WALKER, the defendants, and others known and unknown, while acting under color of law, willfully and knowingly combined, conspired, confederated and agreed together and with each other to injure, oppress, threaten, and intimidate a person in the State of New York in the free exercise and enjoyment of the right secured by the Constitution and laws of the United States to due process of the law, which includes the right to be free from the use of unreasonable force by someone acting under color of law, to wit, SEYMOUR and WALKER, while working as Associate Youth Development Specialists at Horizon, a secure detention center for juveniles in the Bronx, New York, agreed to assault the Minor Victim and in fact assaulted the Minor Victim by dragging the Minor Victim across the floor and then repeatedly and forcefully punching the Minor Victim, and stomping on the Minor Victim.

(Title 18, United States Code, Section 241.)

3

## COUNT TWO
### (Deprivation of Rights Under Color of Law)

The Grand Jury further charges:

7.      The allegations contained in paragraphs 1 through 5 of this Indictment are repeated and realleged as if set forth fully herein.

8.      On or about April 25, 2022, in the Southern District of New York and elsewhere, DAQUAN SEYMOUR and RASHAWN WALKER, the defendants, while acting under color of law, willfully deprived the Minor Victim of the right secured and protected by the Constitution and the laws of the United States to due process of the law, which includes the right to be free from the use of unreasonable force by someone acting under color of law, to wit, while working as Associate Youth Development Specialists at Horizon, SEYMOUR and WALKER dragged the Minor Victim across the floor of the housing area and then repeatedly and forcefully punched the Minor Victim, and stomped on the Minor Victim, and aided and abetted the same, resulting in bodily injury to the Minor Victim.

(Title 18, United States Code, Sections 242 and 2.)

## COUNT THREE
### (Falsification of Records)

The Grand Jury further charges:

9.      The allegations contained in paragraphs 1 through 5 of this Indictment are repeated and realleged as if set forth fully herein.

10.     On or about April 25, 2022, in the Southern District of New York and elsewhere, DAQUAN SEYMOUR, the defendant, knowingly altered, destroyed, mutilated, concealed, covered up, falsified, and made a false entry in a record, document, and tangible object with the intent to impede, obstruct, and influence the investigation and proper administration of a matter

4

within the jurisdiction of a department and agency of the United States, and in relation to and in contemplation of such a matter, to wit, SEYMOUR prepared a false incident report in which SEYMOUR falsely stated that the Minor Victim had been "escorted" to his room, and failed to disclose that SEYMOUR had dragged the Minor Victim across the floor and assaulted the Minor Victim, with the intent to impede, obstruct, and influence an investigation by the United States Attorney's Office for the Southern District of New York.

(Title 18, United States Code, Section 1519.)

## COUNT FOUR
### (Falsification of Records)

The Grand Jury further charges:

11.     The allegations contained in paragraphs 1 through 5 of this Indictment are repeated and realleged as if set forth fully herein.

12.     On or about April 25, 2022, in the Southern District of New York and elsewhere, RASHAWN WALKER, the defendant, knowingly altered, destroyed, mutilated, concealed, covered up, falsified, and made a false entry in a record, document, and tangible object with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of a department and agency of the United States, and in relation to and in contemplation of such a matter, to wit, WALKER prepared a false incident report in which WALKER falsely stated that the Minor Victim was "escorted to his room an[d] counseled by the staff", and failed to disclose that WALKER had dragged the Minor Victim across the floor and

assaulted the Minor Victim, with the intent to impede, obstruct, and influence an investigation by

the United States Attorney's Office for the Southern District of New York.

(Title 18, United States Code, Section 1519.)

FOREPERSON

DAMIAN WILLIAMS
United States Attorney

6