**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

**MEMO ENDORSED**

July 27, 2023

> Mr. Seymour's request to extend the date by which Ms. Seymour must execute the bond, until July 28, 2023, is granted. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: July 27, 2023
> New York, New York

**By ECF and email**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Daquan Seymour</u>
23 Cr 373 (ER)

Dear Judge Ramos:

I write on behalf of Daquan Seymour ("the defendant" or Mr. Seymour) requesting that the Court amend the conditions of his bail and extend the time by one day for his mother, Chantice Seymour, one of the proposed co-signers of the personal recognizance bond to execute the bond.

Ms. Seymour was interviewed by the Government last night and she advised them that she works as a home health aide and earns approximately $17.50 per hour. Today, Ms. Seymour was unable to locate a copy of her pay stub or a copy of her tax return from last year. Hopefully, by tomorrow she will find the necessary paperwork confirming her income and we will forward it forthwith to the Government. At that point, we believe Ms. Seymour can swear to the bond.

In the event that the defendant's mother cannot locate her documents, then we will attempt to find another proposed co-signer.

Mr. Seymour's fiancé Aniana Santos was also interviewed by the Government last night and I was advised in an email that she is acceptable as a co-signer as soon as the Government

1

reviews her financial documents. I will forward Ms. Santos' documents to the Government in the next few minutes and she will execute the bond tomorrow.

Accordingly, I respectfully request that the Court extend the deadline for defendant's mother, Ms. Seymour, to sign the bond until tomorrow.

If the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter.

Thank you for your consideration in this matter.

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
917-670-7622
DanielParker@aol.com

Cc: AUSA J. Bagliebter
AUSA M. Steiner (by email)