**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

**DANIEL S. PARKER**  TELEPHONE: (212) 239-9777
MICHAEL CARMODY  FACSIMILE: (212) 239-9175
DanielParker@aol.com

October 3, 2023

**By ECF and email**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Daquan Seymour**
23 Cr 373 (ER)

Dear Judge Ramos:

    I write on behalf of Daquan Seymour requesting that the Court temporarily amend the conditions of his bail and allow him to travel to Washington, D.C. and Houston, TX from October 13-16th and October 27-30th, respectively.

    I have conferred with Pre-Trial Officer Francesca Tessier-Miller who does not object to this temporary bail modification. I have conferred with AUSA Jamie Bagliebter and "The Government defers to Probation."

    Mr. Seymour requests these modifications so that he can visit with family. He intends to drive to Washington, D.C. and fly to Houston, TX. If the Court were to grant this application, then Mr. Seymour will provide details of his travel itineraries to his Office Tessier-Miller and comply with any of her instructions.

    Accordingly, if the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter, granting this application.

    Thank you for your consideration in this matter.

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street

---

The application to modify Mr. Seymour's bail as described above is granted.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __10/5/2023_____
New York, New York

1