# MEMO ENDORSED

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER      TELEPHONE: (212) 239-9777
MICHAEL CARMODY     FACSIMILE: (212) 239-9175
    DanielParker@aol.com

March 21, 2024

**By ECF and email**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> The hearing is adjourned to April 18, 2024, at 2:30 p.m.
> SO ORDERED.
>
> *[signature]*
> Edgardo Ramos, U.S.D.J.
> Dated: 3/25/2024
> New York, New York

Re: **United States v. Daquan Seymour and Rashawn Walker**
23 Cr 373 (ER)

Dear Judge Ramos:

    I write on behalf of all defense counsel requesting that the Court re-schedule the hearing/argument, currently set for April 17th at 2:30 p.m., on the Government's not-yet-filed motion to quash Court-ordered *subpoenas duces tecum* served by the defense.

    Unfortunately, I have a previously scheduled matter on April 17, 2024 at 2:15 p.m. in the Southern District in White Plains. Accordingly, we respectfully request that the Court re-schedule the hearing to any of the following dates/times:

    April 17 at 9:30 a.m.
    April 18, any time; or
    April 24, any time, except from 12 p.m. to 1 p.m.

    We thank you for your consideration in this matter.

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Joshua J. Horowitz
Attorneys for Daquan Seymour

Cc: all parties by ECF and email