# MEMO ENDORSED

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                                              TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                         FACSIMILE:  (212) 239-9175
                                                                                         DanielParker@aol.com

April 2, 2024

**By ECF and email**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Daquan Seymour and Rashawn Walker**
23 Cr 373 (ER)

Dear Judge Ramos:

   I write requesting permission to file a Memorandum of Law in Opposition to the Government's Motion to Quash (Dkt. 38) that would be *5 pages* over the Court's 25-page limit.

   Last night while revising the memorandum due tomorrow, I submitted a request to go over by 3 pages, not 5 – because the draft memo I was working on did not "save" so I miscounted the pages.

   Once again, given the plethora of issues that we are required to address, we respectfully request permission to file a brief not to exceed 30 pages.

   We thank you for your consideration in this matter.

Respectfully submitted,

*Daniel S. Parker*
Daniel S. Parker
Joshua J. Horowitz
Attorneys for Daquan Seymour

Cc: all parties by ECF and email

---

The application to file an opposition brief of not more than 30 pages is granted. The Clerk of the Court is respectfully directed to terminate the motions, docs. 39 and 40.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated:    4/2/2024
New York, New York