**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

April 13, 2024

**By ECF**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Daquan Seymour and Rashawn Walker**
**23 Cr 373 (ER)**

Dear Judge Ramos:

On April 9, 2024, we filed a revised Declaration (with exhibits) (Dkt. 44) and a revised Memorandum of Law (Dkt. 45), both of which contain further redactions.

We respectfully request that the Court replace and remove from the public filing the previously filed Declaration (Dkt. 42) and the previously filed Memorandum (Dkt. 43) with the re-redacted Declaration (Dkt. 44) and re-redacted Memorandum (Dkt. 45) because the prior filings contain information that should not be on the public docket.

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Joshua J. Horowitz
Attorneys for Daquan Seymour

Cc: all parties by ECF

---

The declaration (doc. 42) and memorandum (doc. 43) are stricken. The Clerk of the Court is respectfully directed to remove the PDF version of the documents from ECF.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 4/15/2024
New York, New York