UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA ,

    - against -

DAQUAN SEYMOUR and
RASHAWN WALKER ,

                  Defendants.
----------------------------------------------------------x

**RESCHEDULING ORDER**

23 CR 373 (ER)

The hearing previously scheduled for April 18, 2024, is hereby rescheduled for **May 7, 2024, at 11:00 a.m.**

    SO ORDERED.

Dated: New York, New York
       April 15, 2024

                                                  Edgardo Ramos, U.S.D.J.