

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 20, 2024

**BY ECF**

**MEMO ENDORSED**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *United States v. Daquan Seymour and Rashawn Walker*, 23 Cr. 373 (ER)

Dear Judge Ramos:

  The Government respectfully writes, jointly with the defense, to request a one-week extension of time to file the joint letter ordered by the Court on May 7, 2024. At a conference on that date, the Court directed the parties to meet and confer regarding two Rule 17(c) subpoenas that the Government moved to quash, and to inform the Court of any unresolved issues that required a Court ruling by May 21, 2024. The parties have conferred and made substantial progress in narrowing the issues for the Court. There are, however, a few outstanding issues that the parties are still working to resolve. Accordingly, the parties respectfully request an extension of time until May 28, 2024 to submit the joint letter to the Court.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

        By: /s
          Jamie Bagliebter
          Mitzi Steiner
          Assistant United States Attorneys
          (212) 637-2284

Cc: All Counsel of Record (by ECF)

> The joint letter regarding the subpoenas is due May 28, 2024.
> SO ORDERED.
>
> *[signature]*
> Edgardo Ramos, U.S.D.J.
> Dated:  5/21/2024
> New York, New York