UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
UNITED STATES OF AMERICA ,

       - against -                                          **RESCHEDULING ORDER**

DAQUAN SEYMOUR and
RASHAWN WALKER ,

                                                              23 CR 373 (ER)

                          Defendants.
---------------------------------------------------------x

The pretrial conference previously scheduled for May 29, 2024, is hereby rescheduled for **June 26, 2024, at 3:30 p.m.**

Dated:  New York, New York
          May 21, 2024

                                                                Edgardo Ramos, U.S.D.J.