**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33ʳᴰ STREET
6ᵀᴴ FLOOR
NEW YORK, N.Y. 10016

**MEMO ENDORSED**

DANIEL S. PARKER
MICHAEL CARMODY

) 239-9777
) 239-9175
com

---

The application is __X__ granted
_____ denied

*[signature]*

Edgardo Ramos, U.S.D.J
Dated: ___06/19/2024___
New York, New York

---

**By ECF and email**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Daquan Seymour</u>
23 Cr 373 (ER)

Dear Judge Ramos:

We write requesting that the Court temporarily modify Mr. Seymour's bail condition and allow him to travel to Jamaica from August 6-11 to attend a close friend's wedding.

I have communicated by email with AUSA Bagliebter and the Government does not oppose this request.

I have communicated by email with Pre-Trial Officer Meherun Mayer who advised me that "Pretrial does not take a position on international travel requests. However, I will note that Daquan has been compliant while on Pretrial supervision."

Accordingly, we respectfully request that the Court temporarily modify the conditions of Mr. Seymour's bail and also allow him to retrieve his passport from Pre-trial Services which he will surrender upon his return.

If the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter. Mr. Seymour will then contact Pre-trial Officer Mayer and provide her with all the necessary information.

Thank you for your consideration in this matter.

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Joshua J. Horowitz

Cc: AUSA J. Bagliebter
    AUSA M. Steiner (by email)