UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA ,

       - against -

DAQUAN SEYMOUR and
RASHAWN WALKER,

                 Defendants.
--------------------------------------------------------x

**ORDER**

23 CR 373 (ER)

The pretrial conference previously scheduled for June 26, 2024, at 3:30 p.m. is hereby **rescheduled for 2:30 p.m. on June 26.**

Dated:  New York, New York
         June 24, 2024

                                                    Edgardo Ramos, U.S.D.J.