**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

| | |
|---|---|
| **DANIEL S. PARKER** | TELEPHONE: (212) 239-9777 |
| MICHAEL CARMODY | FACSIMILE:  (212) 239-9175 |
| | DanielParker@aol.com |

August 30, 2024

**By ECF and email**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**, pg. 2.

Re: **United States v. Daquan Seymour**
**23 Cr 373 (ER)**

Dear Judge Ramos:

    We write on behalf of Daquan Seymour requesting the Court temporarily modify the conditions of bail to allow Mr. Seymour to go to Houston, TX with his family from September 19-23, 2024.  If this request is approved, he will provide his Pre-Trial Officer Meherun Mayer with the particulars.

    I have conferred with Officer Mayer, who does not oppose this application, as well AUSA Bagliebter, who "defers to Pre-Trial."

    If the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter.

    Thank you for your consideration in this matter.

    Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
917-670-7622
DanielParker@aol.com

1

Joshua J. Horowitz
HOROWITZ TECH LAW P.C.
734 Franklin Ave., #605
Garden City, New York 11530
Tel: (212) 203-9011
joshua.horowitz@techlawny.com

*Attorneys for Daquan Seymour*

Cc:  all parties (by email)
     P.O. Mayer (by email)

---

The application for permission to travel is granted.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated:  9/4/2024
New York, New York

2