UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

DAQUAN SEYMOUR,

Defendant.

**ORDER**

No. 23-cr-00373 (ER)

Ramos, D.J.:

Daquan Seymour has moved to: (1) sever Count 4 of S1 Superseding Indictment from Count 1–3; or alternatively (2) adjourn the commencement of the November 4, 2024, trial to a date in March 2025. Doc. 76. For the reasons set forth on the record, the motion is denied, but the trial will be adjourned to November 13, 2024.

The Clerk of Court is respectfully directed to terminate the motion, Doc. 76.

It is SO ORDERED.

Dated: October 3, 2024
New York, New York

Edgardo Ramos, U.S.D.J.