**PARKER AND CARMODY, LLP**
**ATTORNEYS AT LAW**
**30 EAST 33RD STREET**
**6TH FLOOR**
**NEW YORK, N.Y. 10016**

**DANIEL S. PARKER**
**MICHAEL CARMODY**

**TELEPHONE: (212) 239-9777**
**FACSIMILE: (212) 239-9175**
**DanielParker@aol.com**

October 3, 2023

**By ECF**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**, pg. 2.

**Re: United States v. Daquan Seymour**
**23 Cr 373 (ER)**

Dear Judge Ramos:

I write on behalf of Daquan Seymour requesting that the Court temporarily amend the conditions of his bail and allow him to travel to the Dominican Republic from January 8-12, 2025.

I have conferred with Pre-Trial Officer Meherun Mayer who advised me that Pre-Trial takes no position with respect to requests for international travel. I have conferred with AUSA Jamie Bagliebter and "The Government defers to Pre-trial." Mr. Seymour has been fully compliant with all of his bail conditions.

If the Court were to grant this application, then Mr. Seymour will provide details of his travel itineraries to his Pre-Trial officer and comply with any of her instructions. In addition, he requests permission to retrieve his passport from Pre-Trial and he will return it within two days of his return.

Accordingly, if the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter, granting this application.

Thank you for your consideration in this matter.

Respectfully submitted,
Daniel S. Parker
Daniel S. Parker
Parker and Carmody, LLP

30 East 33rd Street
6th Floor
New York, NY 10016
917-670-7622
DanielParker@aol.com

Cc: AUSA J. Bagliebter
PO Meherun Mayer (by email)

Seymour's application for permission to travel and to retrieve his passport from Pretrial Services is granted. He shall return his passport to Pretrial withing two days of his return.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 1/3/2024
New York, New York