**PARKER AND CARMODY, LLP**
**ATTORNEYS AT LAW**
**NEW YORK, N.Y.**

**DANIEL S. PARKER**
**MICHAEL CARMODY**

**TELEPHONE: (917)670-7622**
**FACSIMILE: (212) 239-9175**
**DanielParker @aol.com**

November 6, 2026

**By ECF and email**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Re: United States v. Daquan Seymour**
**23 Cr 373 (ER)**

Dear Judge Ramos:

We write requesting that the Court direct the return Mr. Seymour's passport to him, which he surrendered as a condition of his bail.

On February 13, 2025, Mr. Seymour was sentenced to Time Served and two years of Post Release Supervision. A Judgment was entered on February 20, 2025. His supervision is scheduled to end on February 12, 2027.

Mr. Seymour has been fully compliant with all of the terms and conditions of supervision. He is currently assigned to this District's administrative caseload, where his supervision requirements are minimal. Specifically, he is only required to submit a monthly supervision report online, with no routine office visits or other intensive supervision requirements. Mr. Seymour has satisfied his special assessment and paid the Court-imposed fine.

If the foregoing meets with the Court's approval, then we respectfully request that the Court "So Order" this letter directing that Pre-trial Services return Mr. Seymour's passport to him.

Thank you for your attention to this matter.

Defendant's request is granted. Pretrial Services is respectfully directed to return Mr. Seymour's passport to him.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: November 9, 2026
New York, New York

Respectfully,

*Daniel S. Parker*

Daniel S. Parker
Joshua J. Horowitz
*Attorneys for Daquan Seymour*

Cc: All Parties (By ECF)